Mario Jose Taylor
CDC# K-86408   E4/121U
CSATF/SP



October 26, 2007

Inmate Trust Office
Trust Account Official


Re:  Certificate of Funds Verification and Trust Statement For Court


Dear Trust Officer;

This is my second request I have sent pertaining to the above Trust information which the court is requiring me to provide them with. I need the enclosed "Certificate Of Funds In Prisoner's Account" completed, along with a copy of my trust account activity over the past six months.

This information is for a petition for a writ of habeas corpus I filed with the U.S. District Court for the Central District of California in Los Angeles. I have submitted a Forma Pauperis form to waive the $5.00 filing fee which I do not have the money to pay for, and the trust information will verify this.

As you can see on the attached sheet from the court clerk with the date of 10-17-07, I have thirty (30) days to send them this information, so please send me the information and/or completed form as soon as you can so I can meet that time limit.

Thank you for your time and assistance here.


Respectfully,

Mario Jose Taylor
K-86408  E4/121


Enclosures

1

2  Case Number: <u>C-07-5286 JF (PR)</u>

3

4

5

6

7

8 CERTIFICATE OF FUNDS

9 IN

10 PRISONER'S ACCOUNT

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of <u>Mario J. Taylor #K-86408</u> for the last six months

   [prisoner name]

14 <u>CSATF/SP Corcoran, CA.</u> where (s)he is confined.

   [name of institution]

15      I further certify that the average deposits each month to this prisoner's account for the

16 most recent 6-month period were $ <u>    0    </u> and the average balance in the prisoner's

17 account each month for the most recent 6-month period was $<u>    0    </u>.

18

19 Dated: <u>10/30/07</u>          <u>M Jordan</u>
                                [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

ORIGINAL FILED
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(PR)

C 07 5286 JF

Dear Sir or Madam:

Your petition has been filed as civil case number _____.

Your petition is deficient because:

1. ____ You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.

2. ✓ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   ____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   ✓ You did not sign your <u>In Forma Pauperis</u> Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 4/01

TAYLOR

```
REPORT ID: TS3030  .701                                REPORT DATE: 10/30/07
                                                       PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: MAY  30, 2007 THRU OCT. 30, 2007


ACCOUNT NUMBER : K86408              BED/CELL NUMBER: FED4T1000000121U
ACCOUNT NAME   : TAYLOR, MARIO JOSE     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT

   DATE      HOLD
   PLACED    CODE     DESCRIPTION              COMMENT       HOLD AMOUNT
   -------   ----     -----------------------  -----------   -----------
   10/10/2007 H114    COPAY FEE, MED.          1990/10667          5.00
   10/11/2007 H109    LEGAL POSTAGE HOLD       2021/10-03          4.90
   10/11/2007 H118    LEGAL COPIES HOLD        2021/10-03         12.70

                           TRUST ACCOUNT SUMMARY

   BEGINNING     TOTAL       TOTAL        CURRENT     HOLDS      TRANSACTIONS
   BALANCE       DEPOSITS    WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
   ---------     --------    -----------  -------     -------    ------------
      0.00         0.00         0.00        0.00       22.60         0.00


                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                           22.60-
```

Mario J. Taylor
K-86408    E4/121U
Facility E                                                                                          10/15/07


Dear TRust Office Supervisor;


I am sending along with this a "Certificate of Funds" in my trust account that I need to have completed and returned to me so I can send it on to the court. I have to have this to the court in no more than 30 days, so please work with me here in a reasonable period of time.

This is for the U.S. District Court, Northern District, on a writ of habeas corpus I sent in for filing a week ago. A case number has not been assigned as yet to my own knowledge, but will be shortly. I have 30 days from the date it is filed to send the information I am requesting to them.

Thank you in advance for your time and truble here.



Respectfully,

*Mario J. Taylor* (signature)
Mario J. Taylor
K-86408

Taylor
E4-121U
Hernandez

2007 OCT 17 AM 10: 21
RECEIVED
ACCOUNTING


Attachment - Certificate of Funds Form

1

2                                           Case Number: _____

3

4

5

6

7

8

9                              **CERTIFICATE OF FUNDS**

10                                         **IN**

11                              **PRISONER'S ACCOUNT**

12

13      I certify that attached hereto is a true and correct copy of the prisoner's trust account

14  statement showing transactions of ___TAYLOR, K-86408___ for the last six months at

15                                  [prisoner name]

16  ___CSATF/SP at Corcoran, CA.___ where (s)he is confined.

17        [name of institution]

18      I further certify that the average deposits each month to this prisoner's account for the most

19  recent 6-month period were $ _____ and the average balance in the prisoner's account

20  each month for the most recent 6-month period was $ _____.

21  OCT 3 0 2007

22  Dated:_____                    M Jordan
                                    _____
23                                  [Authorized officer of the institution]

24

25

26

27

28

```
REPORT ID: TS3030  .701                              REPORT DATE: 10/30/07
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: MAY 30, 2007 THRU OCT. 30, 2007

ACCOUNT NUMBER : K86408              BED/CELL NUMBER: FEB4T1000000121U
ACCOUNT NAME   : TAYLOR, MARIO JOSE    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE      DESCRIPTION        COMMENT       HOLD AMOUNT

 10/10/2007    H114   COPAY FEE, MED.       1990/10667         5.00
 10/11/2007    H109   LEGAL POSTAGE HOLD    2021/10-03         4.90
 10/11/2007    H118   LEGAL COPIES HOLD     2021/10-03        12.70

                          TRUST ACCOUNT SUMMARY
 BEGINNING      TOTAL      TOTAL        CURRENT     HOLDS     TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE    BALANCE    TO BE POSTED

    0.00        0.00        0.00          0.00      22.60         0.00


                                                   CURRENT
                                                  AVAILABLE
                                                   BALANCE

                                                    22.60-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:                    OCT 3 0 2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  /s/ Jordan
   TRUST OFFICE