FILED
07 NOV 15 PM 1:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIO JOSE TAYLOR,

        Plaintiff,

vs.

K. CLARK, WARDEN CSATF/SP

        Defendant.

CASE NO. C-07-5286 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __MARIO JOSE TAYLOR__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _Ø_                      Net: _Ø_

Employer: _N/A_

_N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Year was 1997, but I do not remember what I was being paid.
5  ---
6  ---
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                        Yes ___ No _x_
10            self employment
11      b.   Income from stocks, bonds,                     Yes ___ No _x_
12            or royalties?
13      c.   Rent payments?                                 Yes ___ No _x_
14      d.   Pensions, annuities, or                        Yes ___ No _x_
15            life insurance payments?
16      e.   Federal or State welfare payments,             Yes ___ No _x_
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  n/a
22  ---
23  3.   Are you married?                                   Yes ___ No _x_
24  Spouse's Full Name: __n/a__
25  Spouse's Place of Employment: __n/a__
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $__Ø__                              Net $__Ø__
28  4.   a.   List amount you contribute to your spouse's support:$ __Ø__

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

|   |   |
|---|---|
| 1 | b.   List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |

n/a _____

___ _____

5.   Do you own or are you buying a home?        Yes ___ No _x_

Estimated Market Value: $ __Ø__   Amount of Mortgage: $ __Ø__

6.   Do you own an automobile?        Yes ___ No _x_

Make __n/a__   Year __---__   Model __---__

Is it financed? Yes __--__ No _x_   If so, Total due: $ __Ø__

Monthly Payment: $ __Ø__

7.   Do you have a bank account? Yes ___ No _x_ (Do not include account numbers.)

Name(s) and address(es) of bank: __n/a__

___ _____

Present balance(s): $ __Ø__

Do you own any cash? Yes ___ No _x_   Amount: $ __Ø__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _x_ No ___

__used classical guitar - approx. value is $30.00__

8.   What are your monthly expenses?   Ø

Rent: $ __n/a__        Utilities: __n/a__

Food: $ __n/a__        Clothing: __n/a__

Charge Accounts:   n/a

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| n/a | $ Ø | $ Ø |
| n/a | $ Ø | $ Ø |
| n/a | $ Ø | $ Ø |

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  __no__
4  __---__
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _x_   (but were raised in habeas corpus petition &
                                          (direct appeal).
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  __Courts are listed in the petition.  No lawsuits pertain to this case__
10 __filed by petitioner.__
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 __10-26-07__                            _____
17     DATE                                SIGNATURE OF APPLICANT

```
 1
 2                                              Case Number: C-07-5286 JF (PR)
 3
 4
 5
 6
 7
 8                          CERTIFICATE OF FUNDS
 9                                   IN
10                          PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  Mario J. Taylor #K-86408  for the last six months
                                          [prisoner name]
14    CSATF/SP Corcoran, CA.                where (s)he is confined.
          [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ ____0____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $____0____.
18
19   Dated: 10/30/07                         M Jordan
                                             [Authorized officer of the institution]
20
21
```

```
REPORT ID: TS3030 .701                              REPORT DATE: 10/30/07
                                                    PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: MAY 30, 2007 THRU OCT. 30, 2007

ACCOUNT NUMBER : K86408              BED/CELL NUMBER: FED4T10000001210
ACCOUNT NAME   : TAYLOR, MARIO JOSE  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE      DESCRIPTION         COMMENT       HOLD AMOUNT

 10/10/2007  H114   COPAY FEE, MED.       1990/10667          5.00
 10/11/2007  H109   LEGAL POSTAGE HOLD    2021/10-03          4.90
 10/11/2007  H118   LEGAL COPIES HOLD     2021/10-03         12.70

                          TRUST ACCOUNT SUMMARY
 BEGINNING    TOTAL      TOTAL      CURRENT    HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS  WITHDRAWALS  BALANCE   BALANCE     TO BE POSTED

    0.00       0.00       0.00        0.00      22.60         0.00


                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE

                                                   22.60-
```