NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO JOSE TAYLOR, | ) | No. C 07-5286 JF (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| KEN CLARK, | ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant for failure to state a cognizable claim for relief. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/22/08

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Taylor286jud

1   A copy of this ruling was mailed to the following:
2
3   Mario Jose Taylor
    K-86408
4   CSP-SATF I
    P.O. Box 5242
5   E4-121
    Corcoran, CA 93212
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Judgment
P:\pro-se\sj.jf\hc.07\Taylor286jud